William S. Sussman v. Pittsburgh Life and Trust Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William Toone v. The City of New York.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emma B. P. Waring v. Childs Company. Joseph Dorf v. Robert S. Smith. Francis Griffin v. Adelaide T. Beach. Elizabeth Passut v. Marion M. Heubner. Benjamin Gibbs v. New York Safety Reserve Fund. (2 cases.) Harry Dunn v. New Amsterdam Casualty Company.— Applications denied, with ten dollars costs in each case. Orders signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anna Price v. Mary F. Alexander and Another.— Motion granted, without costs. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis B. Hasbrouck v. Patrick Gallagher.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Mary E. D. Burke. Anton H. Meyer v. David H. Schulte.— Motions for preference granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of George F. Stanton.— Application granted, and respondent disbarred. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Clifford W. Hartridge.— Application denied. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Alexander Marks.— Referred to Hon. Roger A. Pryor, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Otto A. Glasberg.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George Hoffman, Appellant, v. John L. Murray, Respondent.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Miller and Dowling, JJ.

In the Matter of the Claim of Feodor Von Raitz, Appellant, v. Samuel T. Gilford and Ella B. Saltonstall, as Executors, etc., of Mary W. Parkin, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.